UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__D'Juan Collins_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

__William J. Connolly, Superientendent__
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**12 CIV. 1420**

___ Civ. _____ (___)(___)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, __D'Juan Collins_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __prison wages $9.00 bi-weekly_____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   __was unemployed_____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   __I received $1,150.00 from NYPD as part of a strip search
   settlement., $50.00 from girlfriend__
   a) Are you receiving any public benefits?       ☒ No.       ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   I pay child support to my 5yr old son the amount varies, about $2.00 per month or $6.00 per month

8. State any special financial circumstances which the Court should consider.

   I am currently litigating my criminal case by way of Art 78 for evidence to overturn my conviction, and family court, as well as my current petition, so I spend money on copies, postage, and reduced filing fees which are encumbered from my account.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of February, 2012.
  date         month         year

_D'____ Wllias_
Signature

Rev. 05/2007

2