UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
D'JUAN COLLINS,                                              :
                                        Petitioner,          :
                                                             :       12 Civ. 1420 (JPO)
          -v-                                                :
                                                             :       ORDER
WILLIAM J. CONNOLLY,                                         :
                                        Respondent.          :
-------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    The Court has reviewed Magistrate Judge Gabriel W. Gorenstein's Report and Recommendation (the "Report") following referral of the case for general pretrial, and adopts the recommendation in the Report that the Petition be denied.

    Because no party filed a timely objection to the Report, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Adv. Comm. Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Magistrate Judge Gorenstein's Report is well-reasoned, thorough, fair, and presents no errors, and is therefore fully adopted by this Court.

    The Clerk of the Court is directed to terminate the motion at docket number 26 and to close the case.

    SO ORDERED.

Dated: New York, New York
        November 19, 2013

                                            _____
                                                    J. PAUL OETKEN
                                                United States District Judge

COPIES MAILED TO
PRO SE PARTY ON
NOV 19 2013